**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**LINDY DEARIN**                                                                              **PLAINTIFF**


**v.**                                                **Case No. 3:22-cv-00106-JTK**


**KILOLO KIJAKAZI**                                                                      **DEFENDANT**
**Acting Commissioner**
**Social Security**

## ORDER

Before the Court is Defendant's Unopposed Motion to Reverse and Remand this case to

the Commissioner for further administrative proceedings. (Doc. No. 13) Upon examination of the

merits of this case, this Court grants the motion and reverses and remands this case to the

Commissioner pursuant to sentence four of section 205(g) of the Social Security Act, 42

U.S.C.§405(g).

Also pending is Defendant's Motion for Extension of Time to File Response. (Doc. No.

12). This motion is DENIED as moot.

SO ORDERED THIS 4th day of November, 2022.


_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE